## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | CIVIL ACTION NO. 3:05-CV-1482 |
| v. | (JUDGE CAPUTO) |
| THOMAS' FAMILY MARKET, INC. t/d/b/a THOMAS FAMILY MARKET, CHRISTOPHER EVANS and BARRY BASSKI, | |
| Defendants. | |

### MEMORANDUM ORDER

Presently before the Court is the application to proceed *in forma pauperis* filed by Plaintiff Jane Doe (Doc. 3) and the requested supplemental information (Doc. 7). In light of Plaintiff's wage and her other financial obligations, the Court finds that she qualifies for *in forma pauperis* status.

NOW, this 9th day of August, 2005, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's application to proceed *in forma pauperis* (Doc. 3) is **GRANTED**.

(2) The Clerk of the Court shall prepare a summons for the United States Marshal to serve with the Complaint (Doc. 1) on the Defendants named therein.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge